IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
<u>BALTIMORE DIVISION</u>

| | |
|---|---|
| In re: | ( |
| | ( |
| Sterenberg, Hendrik J. | ( Bankr. Case No.:25-15875-DER |
| Debtor(s) | ( (Chapter 7) |
| | ( |
| | ( |

**APPLICATION FOR AUTHORITY TO EMPLOY
COUNSEL FOR TRUSTEE
<u>(The Law Offices of Zvi Guttman, P.A.)</u>**

Zvi Guttman, Trustee, applies for authority to employ counsel and, in support thereof, states:

1. This case was commenced by the filing of a voluntary petition for relief under Chapter 7 on June 28, 2025.

2. Zvi Guttman has been appointed as the Chapter 7 trustee (the "Trustee").

3. Employment of counsel is necessary for the efficient administration of these cases and to obtain maximum net recovery of assets for distribution to creditors.

4. The Trustee is the principal of The Law Offices of Zvi Guttman, P.A. (the "Firm") and requests authority to employ himself and the Firm as counsel to perform such legal services as may be necessary or desirable in the administration of this case.

5. The hourly rates for the attorneys and paralegals who will be providing services to the Trustee in this Chapter 7 case[1] are $595.00/hr. for the services of the former, and $235.00/hr. for the services of the latter. Fees are subject to annual adjustments.

6. Expenses incurred by the Firm on behalf of the Trustee, such as the cost of long distance calls, copying, facsimile transmissions, filing fees, messenger services, etc. which the Firm would typically pass on to its clients are in addition to its fees and will be charged to the Trustee, as to in-house expenses, in accordance with the attached expense schedule, and as to outside costs, at cost.

---

[1] Counsel's standard fees in Chapter 11 cases are higher.

7. To the best of the Trustee's knowledge, the Firm and its staff (a) have no connection with the Debtors or their attorneys except that the Trustee has also employed the Firm in other cases in which he serves as Trustee and (b) represent no interests adverse to the estates in any matters upon which they are to be retained. A Verified Statement is attached hereto.

WHEREFORE, Zvi Guttman, Trustee, requests the entry of an order authorizing him to employ himself and The Law Offices of Zvi Guttman, P.A., as counsel to perform such legal services as may be necessary or desirable in the administration of these cases at the rates set forth herein, payment to be subject to further order of the Court.

*/s/ Zvi Guttman*
Zvi Guttman (06902)
The Law Offices of Zvi Guttman, P.A.
Post Office Box 32308
Baltimore, Maryland 21282
Zvi@zviguttman.com
(410) 580-0500 Phone
(410) 580-0700 Fax

## EXPENSE SCHEDULE

| | |
|---|---|
| In-house Photocopies | $ .20 pg |
| Outside Photocopies | Cost |
| Incoming Faxes | No Charge |
| Outgoing Faxes | No Charge |
| Westlaw Bankruptcy Research | $3.50/minute |
| Other Computer Services | Provider's Standard Rates |
| Long Distance Service | Cost |
| Messenger Service | Cost |